IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DOROTHY DAWKINS                                                              PLAINTIFF

v.                                                                                   CAUSE NO. 1:09-CV-164

HICKMAN FAMILY CORPORATION and
PERRY HICKMAN                                                              DEFENDANTS

ORDER ON PRELIMINARY INJUNCTION AND
DEFENDANT PERRY HICKMAN'S MOTION TO DISMISS

A hearing was held today before the Court on Plaintiff's Request for a Preliminary Injunction and Defendant Perry Hickman's Motion to Dismiss. Pursuant to a bench opinion issued this day, the Court finds Plaintiff's Request for a Preliminary Injunction is DENIED, and Defendant Perry Hickman's Motion to Dismiss [9] is GRANTED.

SO ORDERED, this the 1st day of October 2009.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE