IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


DOROTHY DAWKINS                                                                    PLAINTIFF

v.                                                                                 CAUSE NO. 1:09-CV-164

HICKMAN FAMILY CORPORATION and
PERRY HICKMAN                                                                      DEFENDANTS


**ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that

    (1) Plaintiff Virginia Hickman's Motion to Consider Changes [76] is denied;

    (2) Plaintiff's Verified Complaint for Dissolution [1] shall be dismissed;

    (3) The fair value of each petitioning shareholder's shares is $16,071.75; and

    (4) The purchase of the petitioning shareholders' shares shall be made within ten (10) days from the date of this Order.


All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.


So ordered on this, the __13th__ day of ____June_____, 2011.


                                                  /s/   Sharion Aycock
                                                **UNITED STATES DISTRICT JUDGE**